DMOT

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
**Civil Division**

| | | |
|---|---|---|
| **JAMES SMITH** | | |
| **906 Minna Avenue** | : | |
| **Seat Pleasant, MD 20743** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Civil Action No.** CAL03-07286 |
| | | |
| **PRINCE GEORGE'S COUNTY, MD** | : | |
| **Serve: Office of the State's Attorney** | : | |
| **14735 Main Street, RM 349M** | : | |
| **Upper Marlboro, Maryland 20772** | : | |
| | : | |
| **and** | : | |
| | : | |
| **THE CITY OF SEAT PLEASANT** | : | |
| **Serve: Eugene Kennedy, Mayor** | : | |
| **6301 Addison Road** | : | |
| **Seat Pleasant, MD 20743** | : | |
| **and** | : | |
| **Johnie L. Higgs, President** | : | |
| **Seat Pleasant City Council** | : | |
| **6301 Addison Road** | : | |
| **Seat Pleasant, MD 20743** | : | |
| | : | |
| **and** | : | |
| | : | |
| **JOHN O'DONNELL** | : | |
| **LANDOVER DISTRICT** | : | |
| **PRINCE GEORGE'S COUNTY POLICE** | : | |
| **7600 Barlowe Road** | : | |
| **Landover, MD 20785** | : | |
| | : | |
| **and** | : | |
| | : | |
| **LARRY LAWSON** | : | |
| **LANDOVER DISTRICT** | : | |
| **PRINCE GEORGE'S COUNTY POLICE** | : | |
| **7600 Barlowe Road** | : | |
| **Landover, MD 20785** | : | |
| | : | |
| **and** | : | |

CLERK OF THE CIRCUIT COURT
2003 APR -9 AM 12:21
PR GEO CO MD #8

Case: CAL03-07286
NEW CASE
CV CLERK FEE 90.00
MD LEGAL SERV 10.00
TOTAL 100.00
Resp PG01 Rcpt # 11686
REP ACM Blk # 1366
Apr 10, 2003 08:15 am

LAW OFFICES
RAFT & GEREL, LLP
SUITE 400
00 L STREET, N.W.
HINGTON, D.C. 20036
202-783-6400
AX: 202-416-6392
SUITE 650
00 SEMINARY ROAD
EXANDRIA, VA 22311
703-931-5500
AX: 703-820-0630
SUITE 1002
IE CENTRAL PLAZA
00 ROCKVILLE PIKE
CKVILLE, MD 20852
301-770-3737
AX: 301-881-6132
SUITE 301
TRO 400 BUILDING
GARDEN CITY DRIVE
NDOVER, MD 20785
301-459-8400
AX: 301-459-1364
SUITE 1212
T BALTIMORE STREET
TIMORE, MD 21202
410-539-1122
AX: 410-547-1261

**JEREMY BULL**
**LANDOVER DISTRICT**
**PRINCE GEORGE'S COUNTY POLICE**
**7600 Barlowe Road**
**Landover, MD 20785**

**and**

**FU CHEUNG**
**LANDOVER DISTRICT**
**PRINCE GEORGE'S COUNTY POLICE**
**7600 Barlowe Road**
**Landover, MD 20785**

**and**

**RAYMOND KANE**
**LANDOVER DISTRICT**
**PRINCE GEORGE'S COUNTY POLICE**
**7600 Barlowe Road**
**Landover, MD 20785**

**and**

**CPL. RAYMOND GORDON, JR.**
**LANDOVER DISTRICT**
**PRINCE GEORGE'S COUNTY POLICE**
**7600 Barlowe Road**
**Landover, MD 20785**

**and**

**JOHN DOE OFFICER**
**Seat Pleasant Police Dept.**
**6301 Addison Road**
**Seat Pleasant, MD**

**Defendants**

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
ASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
1900 SEMINARY ROAD
LEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
AST BALTIMORE STREET
ALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

**COMPLAINT**
**(Factual Allegations)**

1. Jurisdiction founded in this Court is conferred over persons causing injuries in the State of Maryland resulting from negligent acts or omissions therein.

2. At all time relevant herein, plaintiff, James Smith, was the natural father of decedent, Jason Smith.

3. At all times relevant herein, defendant, John O'Donnell, was an employee of the Prince George's County Police Department and was acting within the scope of his employment.

4. At all times relevant herein, defendant, Larry Lawson, was an employee of the Prince George's County Police Department and was acting within the scope of his employment.

5. At all times relevant herein, defendant, Jeremy Bull, was an employee of the Prince George's County Police Department and was acting within the scope of his employment.

6. At all times relevant herein, defendant, Fu Cheung, was an employee of the Prince George's County Police Department and was acting within the scope of his employment.

7. At all times relevant herein, defendant, Raymond Kane, was an employee of the Prince George's County Police Department and was acting within the scope of his employment.

8. At all times relevant herein, defendant, Cpl. Raymond Gordon, Jr., was an employee of the Prince George's County Police Department and was acting within the scope of his employment.

9. At all times relevant herein, defendant, Officer John Doe, was an employee of the Seat Pleasant Police Department and was acting within the scope of his employment.

10. Defendant, Prince George's County, is a local governmental entity within the

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

State of Maryland.

11. Defendant, Seat Pleasant, is a municipal entity within the State of Maryland.

12. Defendant, Prince George's County, was provided statutory notice of this claim pursuant to Md. Code Ann. Cts. & Jud. Proc. §5-304 on May 12, 2002.

13. Defendant, Seat Pleasant, was provided statutory notice of this clam pursuant to to Md. Code Ann. Cts. & Jud. Proc. §5-304 on May 21, 2002.

14. All the acts and/or omissions that give rise to this claim occurred in Prince George's County, MD.

15. On or about March 11, 2002, at approximately 7:00 a.m. decedent, Jason Smith, was involved in an auto accident at the intersection of Sheriff Road and Cedar Heights Drive in Prince George's County, Maryland.

16. Subsequent to the auto accident, defendants, O'Donnell, Lawson, Bull, Cheung, Kane, Gordon and John Doe followed Jason Smith to a grassy areas between 6423 K Street and a corner lot at Cypress Tree Drive and K Street in Capitol Heights, MD where they attempted to take Jason Smith into custody.

17. In the course of confronting Mr. Smith, the defendant police officers repeatedly beat him and used force in excess of what was reasonable, necessary and justified, including deadly force.

18. In the course of attempting to take Mr. Smith into custody, the defendant police officers attempted to use a WRAP device whose purpose is to restrain an individual without causing harm or asphyxiation.

19. Upon information and belief, defendant officers improperly utilized the WRAP

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4601 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

device.

20. Upon information and belief, defendant officers failed to use appropriate nonlethal tactic to take Jason Smith into custody and instead knowingly and maliciously used excessive force to cause the death of Jason Smith.

21. As a result of the purposeful failure to use appropriate nonlethal tactics; the use of excessive, unreasonable and unjustifiable force; and the improper use of the WRAP device on the part of the defendant officers, Jason Smith was caused to die of asphyxiation.

22. At the time of his death on March 11, 2002, Jason Smith was completely unarmed.

**COUNT I**
**(John O'Donnell -Battery)**
**Wrongful Death**

23. The actions of defendant, O'Donnell, on March 11, 2002 constituted a harmful and offensive touching.

24. The force used by defendant, O'Donnell when confronting Jason Smith on March 11, 2002 was unreasonable, unjustifiable and excessive and evidenced both intentional and malicious behavior aimed at inflicting harm upon Jason Smith.

25. As a direct and proximate cause of defendant, O'Donnell's battery, Jason Smith was beaten, asphyxiated and caused to die.

26. As a further direct and proximate cause of defendant, O'Donnell's battery, plaintiff, James Smith, has suffered and will continue to suffer mental anguish and emotional pain and suffering, and the loss of society, companionship, comfort, care, attention, advice, counsel and guidance of his son, Jason Smith.



LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
SHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
1900 SEMINARY ROAD
LEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, John O'Donnell, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT II**
**(Larry Lawson - Battery)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 26 above and further states:

27. The actions of defendant, Lawson, on March 11, 2002 constituted a harmful and offensive touching.

28. The force used by defendant, Lawson confronting Jason Smith on March 11, 2002 was unreasonable, unjustifiable and excessive and evidenced both intentional and malicious behavior aimed at inflicting harm upon Jason Smith.

29. As a direct and proximate cause of defendant, Lawson's battery, Jason Smith was beaten, asphyxiated and caused to die.

30. As a further direct and proximate cause of defendant, Lawson's battery, plaintiff, James Smith, has suffered and will continue to suffer mental anguish and emotional pain and suffering, and the loss of society, companionship, comfort, care, attention, advice, counsel and guidance of his son, Jason Smith.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Larry Lawson, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

LAW OFFICES
:RAFT & GEREL, LLP
SUITE 400
000 L STREET, N.W.
SHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
900 SEMINARY ROAD
.EXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
NE CENTRAL PLAZA
300 ROCKVILLE PIKE
OCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
IETRO 400 BUILDING
1 GARDEN CITY DRIVE
ANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
AST BALTIMORE STREET
ALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

**COUNT III**
**( Jeremy Bull- Battery)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 30 above and further states:

31. The actions of defendant, Bull, on March 11, 2002 constituted a harmful and offensive touching.

32. The force used by defendant, Bull, confronting Jason Smith on March 11, 2002 was unreasonable, unjustifiable and excessive and evidenced both intentional and malicious behavior aimed at inflicting harm upon Jason Smith.

33. As a direct and proximate cause of defendant, Bull's battery, Jason Smith was beaten, asphyxiated and caused to die.

34. As a further direct and proximate cause of defendant, Bull's battery, plaintiff, James Smith, has suffered and will continue to suffer mental anguish and emotional pain and suffering, and the loss of society, companionship, comfort, care, attention, advice, counsel and guidance of his son, Jason Smith.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Jeremy Bull, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT IV**
**(Fu Cheung - Battery)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 34 above and further states:



LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
SHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
1900 SEMINARY ROAD
LEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

35. The actions of defendant, Cheung, on March 11, 2002 constituted a harmful and offensive touching.

36. The force used by defendant, Cheung confronting Jason Smith on March 11, 2002 was unreasonable, unjustifiable and excessive and evidenced both intentional and malicious behavior aimed at inflicting harm upon Jason Smith.

37. As a direct and proximate cause of defendant, Cheung's battery, Jason Smith was beaten, asphyxiated and caused to die.

38. As a further direct and proximate cause of defendant, Cheung's battery, plaintiff, James Smith, has suffered and will continue to suffer mental anguish and emotional pain and suffering, and the loss of society, companionship, comfort, care, attention, advice, counsel and guidance of his son, Jason Smith.

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
1000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Fu Cheung, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT V**
**(Raymond Kane - Battery)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 38 above and further states:

39. The actions of defendant, Kane, on March 11, 2002 constituted a harmful and offensive touching.

40. The force used by defendant, Kane confronting Jason Smith on March 11, 2002 was unreasonable, unjustifiable and excessive and evidenced both intentional and malicious

behavior aimed at inflicting harm upon Jason Smith.

41. As a direct and proximate cause of defendant, Kane's battery, Jason Smith was beaten, asphyxiated and caused to die.

42. As a further direct and proximate cause of defendant, Kane's battery, plaintiff, James Smith, has suffered and will continue to suffer mental anguish and emotional pain and suffering, and the loss of society, companionship, comfort, care, attention, advice, counsel and guidance of his son, Jason Smith.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Raymond Kane, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT VI**
**(Cpl. Raymond Gordon, Jr. - Battery)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 42 above and further states:

43. The actions of defendant, Gordon, on March 11, 2002 constituted a harmful and offensive touching.

44. The force used by defendant, Gordon confronting Jason Smith on March 11, 2002 was unreasonable, unjustifiable and excessive and evidenced both intentional and malicious behavior aimed at inflicting harm upon Jason Smith.

45. As a direct and proximate cause of defendant, Gordon's battery, Jason Smith was beaten, asphyxiated and caused to die.

46. As a further direct and proximate cause of defendant, Gordon's battery, plaintiff,

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
1900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4201 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

James Smith, has suffered and will continue to suffer mental anguish and emotional pain and suffering, and the loss of society, companionship, comfort, care, attention, advice, counsel and guidance of his son, Jason Smith.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Cpl. Raymond Gordon, Jr., in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT VII**
**(John Doe - Battery)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 46 above and further states:

47. The actions of defendant, John Doe, on March 11, 2002 constituted a harmful and offensive touching.

48. The force used by defendant, John Doe confronting Jason Smith on March 11, 2002 was unreasonable, unjustifiable and excessive and evidenced both intentional and malicious behavior aimed at inflicting harm upon Jason Smith.

49. As a direct and proximate cause of defendant, John Doe's battery, Jason Smith was beaten, asphyxiated and caused to die.

50. As a further direct and proximate cause of defendant, John Doe's battery, plaintiff, James Smith, has suffered and will continue to suffer mental anguish and emotional pain and suffering, and the loss of society, companionship, comfort, care, attention, advice, counsel and guidance of his son, Jason Smith.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, John Doe,



LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT VIII**
**(John O'Donnell - Gross Negligence, Malicious Conduct)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 50 above and further states:

51. Defendants' actions evidence both malicious intent to harm Jason Smith as well as gross negligence and reckless disregard for Mr. Smith's well being.

52. Defendant, O'Donnell, owed Jason Smith a duty to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

53. Defendant, O'Donnell, breached his aforementioned duties by failing to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to

LAW OFFICES
[C]RAFT & GEREL, LLP
SUITE 400
[2]000 L STREET, N.W.
[WA]SHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
[1]900 SEMINARY ROAD
[A]LEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
[O]NE CENTRAL PLAZA
11300 ROCKVILLE PIKE
[R]OCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
[M]ETRO 400 BUILDING
[44]01 GARDEN CITY DRIVE
[L]ANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
[E]AST BALTIMORE STREET
[B]ALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

54. As a direct and proximate result of defendant, O'Donnell's, gross negligence, reckless disregard for Jason Smith's well being, and malicious behavior, plaintiff suffered the injuries identified in Counts I-VII above.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, John O'Donnell, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT IX**
**(Larry Lawson - Gross Negligence, Malicious Conduct)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 54 above and further states:

55. Defendants' actions evidence both malicious intent to harm Jason Smith as well as gross negligence and reckless disregard for Mr. Smith's well being.

56. Defendant, Lawson, owed Jason Smith a duty to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

LAW OFFICES
:RAFT & GEREL, LLP
SUITE 400
000 L STREET, N.W.
SHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
900 SEMINARY ROAD
.EXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
)NE CENTRAL PLAZA
1300 ROCKVILLE PIKE
OCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
)I GARDEN CITY DRIVE
ANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
AST BALTIMORE STREET
ALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

57. Defendant, Lawson, breached his aforementioned duties by failing to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

58. As a direct and proximate result of defendant, Lawson's, gross negligence, reckless disregard for Jason Smith's well being, and malicious behavior, plaintiff suffered the injuries identified in Counts I-VII above.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Larry Lawson, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT X**
**(Jeremy Bull - Gross Negligence, Malicious Conduct)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 58 above and further states:

59. Defendants' actions evidence both malicious intent to harm Jason Smith as well as gross negligence and reckless disregard for Mr. Smith's well being.

60. Defendant, Bull, owed Jason Smith a duty to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use

LAW OFFICES
ICRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
ASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

61. Defendant, Bull, breached his aforementioned duties by failing to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

62. As a direct and proximate result of defendant, Bull's, gross negligence, reckless disregard for Jason Smith's well being, and malicious behavior, plaintiff suffered the injuries identified in Counts I-VII above.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Jeremy Bull, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

LAW OFFICES
ICRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
ASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

**COUNT XI**
**(Fu Cheung - Gross Negligence, Malicious Conduct)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 62 above and further states:

63. Defendants' actions evidence both malicious intent to harm Jason Smith as well as gross negligence and reckless disregard for Mr. Smith's well being.

64. Defendant, Cheung, owed Jason Smith a duty to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

65. Defendant, Cheung, breached his aforementioned duties by failing to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4401 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

66. As a direct and proximate result of defendant, Cheung's, gross negligence, reckless disregard for Jason Smith's well being, and malicious behavior, plaintiff suffered the injuries identified in Counts I-VII above.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Fu Cheung, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT XVII**
**(Raymond Kane - Gross Negligence, Malicious Conduct)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 66 above and further states:

67. Defendants' actions evidence both malicious intent to harm Jason Smith as well as gross negligence and reckless disregard for Mr. Smith's well being.

68. Defendant, Kane, owed Jason Smith a duty to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

69. Defendant, Kane, breached his aforementioned duties by failing to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such

LAW OFFICES
RAFT & GEREL, LLP
SUITE 400
)00 L STREET, N.W.
SHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
)00 SEMINARY ROAD
EXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
NE CENTRAL PLAZA
300 ROCKVILLE PIKE
CKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
ETRO 400 BUILDING
II GARDEN CITY DRIVE
ANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
AST BALTIMORE STREET
ALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

70. As a direct and proximate result of defendant, Kane's, gross negligence, reckless disregard for Jason Smith's well being, and malicious behavior, plaintiff suffered the injuries identified in Counts I-VII above.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Raymond Kane, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT XIII**
**(Cpl. Raymond Gordon, Jr. - Gross Negligence, Malicious Conduct)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 70 above and further states:

71. Defendants' actions evidence both malicious intent to harm Jason Smith as well as gross negligence and reckless disregard for Mr. Smith's well being.

72. Defendant, Gordon, owed Jason Smith a duty to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into



LAW OFFICES
RAFT & GEREL, LLP
SUITE 400
)00 L STREET, N.W.
;HINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
)00 SEMINARY ROAD
.EXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
NE CENTRAL PLAZA
300 ROCKVILLE PIKE
)CKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
ETRO 400 BUILDING
1 GARDEN CITY DRIVE
ANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
ST BALTIMORE STREET
LTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

73. Defendant, Gordon, breached his aforementioned duties by failing to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

74. As a direct and proximate result of defendant, Gordon's, gross negligence, reckless disregard for Jason Smith's well being, and malicious behavior, plaintiff suffered the injuries identified in Counts I-VII above.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Cpl. Raymond Gordon, Jr., in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT XIV**
**(John Doe - Gross Negligence, Malicious Conduct)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 74 above and further states:

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
000 L STREET, N.W.
SHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
900 SEMINARY ROAD
EXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
NE CENTRAL PLAZA
300 ROCKVILLE PIKE
CKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
ETRO 400 BUILDING
1 GARDEN CITY DRIVE
ANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
ST BALTIMORE STREET
LTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

75. Defendants' actions evidence both malicious intent to harm Jason Smith as well as gross negligence and reckless disregard for Mr. Smith's well being.

76. Defendant, John Doe, owed Jason Smith a duty to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

77. Defendant, John Doe, breached his aforementioned duties by failing to: take all necessary and reasonable care when stopping, restraining and taking into custody citizens, such as Jason Smith; use appropriate technics when utilizing restraining devices such as WRAP vests; refrain from using unjustified, unnecessary and unreasonable force when taking citizens, such as Jason Smith, into custody; refrain from purposefully or maliciously using more force than was required in apprehending citizens, such as Jason Smith; take all necessary and reasonable steps to safeguard the physical well being of citizens, such as Jason Smith, when attempting to apprehend or take such citizens into custody.

78. As a direct and proximate result of defendant, John Doe's, gross negligence, reckless disregard for Jason Smith's well being, and malicious behavior, plaintiff suffered the injuries identified in Counts I-VII above.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4601 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, John Doe, in the full and just amount of One Million Dollars ($1,000,000.00), plus interest and costs of suit herein.

**COUNT XV**
**(Prince George's County - Vicarious Liability)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 78 above and further states:

79. At all times relevant herein, defendants, John O'Donnell, Larry Lawson, Jeremy Bull, Fu Cheung, Raymond Kane and Cpl. Raymond Gordon, Jr., were employees of defendant, Prince George's County, and were acting within the scope of their employment.

80. Defendant, Prince George's County, is vicariously liable for all of the act and omissions of defendants, John O'Donnell, Larry Lawson, Jeremy Bull, Fu Cheung, Raymond Kane and Cpl. Raymond Gordon, Jr., as outlined in Counts 1 - XIV above.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Prince George's County, in the full and just amount of Five Hundred Thousand Dollars ($500,000.00), plus interest and costs of suit herein.

**COUNT XVI**
**(City of Seat Pleasant - Vicarious Liability)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 80 above and further states:

81. At all times relevant herein, defendant, John doe, was an employee of defendant, City of Seat Pleasant, and was acting within the scope of his employment.

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
1000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

82. Defendant, City of Seat Pleasant, is vicariously liable for all of the act and omissions of defendant, John doe, as outlined in Counts I - XIV above.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, City of Seat Pleasant, in the full and just amount of Five Hundred Thousand Dollars ($500,000.00), plus interest and costs of suit herein.

**COUNT XVII**
**(Prince George's County - Gross Negligence, Malicious Behavior)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 82 above and further states:

83. Prior to the death of Jason Smith, defendant, Prince George's County, through its agents, servants, employees and/or officials was aware that at least five (5) individuals had died while in police custody since April 1999 and that at least three (3) individuals died since that time period after losing consciousness due to improper use of the WRAP device.

84. Notwithstanding numerous incidents of police abuse, excessive force, improper use of the WRAP device, and the death of numerous citizens while in police custody, defendant, Prince George's County, knowingly and purposefully failed to take any reasonable and meaningful steps to prevent police abuse and excessive force, ensure the proper use of the WRAP device, and protect the well being of the citizens of Prince George's County.

85. Defendant, Prince George's County's actions and omissions, as outlined in paragraphs 83 and 84 above, constituted gross negligence, reckless disregard for the citizen of Prince George's County, such as Jason Smith, malicious behavior, and a tacit approval of the tactics of using excessive, unreasonable and unjustified force.



LAW OFFICES
:RAFT & GEREL, LLP
SUITE 400
000 L STREET, N.W.
SHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
00 SEMINARY ROAD
.EXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
NE CENTRAL PLAZA
300 ROCKVILLE PIKE
CKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
ETRO 400 BUILDING
1 GARDEN CITY DRIVE
NDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
ST BALTIMORE STREET
LTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

86. Defendant, Police George's County, owed Jason Smith a duty to: take all reasonable and necessary steps to protect the citizens of the County from the use of unreasonable, excessive and unjustified force by police officers; take immediate and decisive action to address the rampant use of excessive and deadly force by police personnel; refrain from in any way approving or allowing the use of unreasonable, excessive and unjustifiable force by police personnel; take immediate and decisive action to address rampant and purposeful misuse of the WRAP device; refrain from tacitly approving and purposely and maliciously allowing the consistent use of unreasonable, excessive, unjustifiable and deadly force.

87. Defendant, Prince George's County, breached its duty by failing to: take all reasonable and necessary steps to protect the citizens of the County from the use of unreasonable, excessive and unjustified force by police officers; take immediate and decisive action to address the rampant use of excessive and deadly force by police personnel; refrain from in any way approving or allowing the use of unreasonable, excessive and unjustifiable force by police personnel; take immediate and decisive action to address rampant and purposeful misuse of the WRAP device; refrain from tacitly approving and purposely and maliciously allowing the consistent use of unreasonable, excessive, unjustifiable and deadly force.

88. As a direct and proximate result of the aforementioned breaches, plaintiff suffered the injuries identified in Counts I - XIV above.

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Prince George's County, in the full and just amount of Five Hundred Thousand Dollars ($500,000.00), plus interest and costs of suit herein.

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
ASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
1900 SEMINARY ROAD
LEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
AST BALTIMORE STREET
ALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

**COUNT XVIII**
**(City of Seat Pleasant - Gross Negligence, Malicious Behavior)**
**Wrongful Death**

Plaintiff hereby adopts and incorporates by reference, paragraphs 1 through 88 above and further states:

89. Prior to the death of Jason Smith, defendant, City of Seat Pleasant, through its agents, servants, employees and/or officials was aware that at least five (5) individuals had died while in police custody in Prince George's County since April 1999 and that at least three (3) individuals died since that time period after losing consciousness due to improper use of the WRAP device.

90. Notwithstanding numerous incidents of police abuse, excessive force, improper use of the WRAP device, and the death of numerous citizens while in police custody, defendant, City of Seat Pleasant, knowingly and purposefully failed to take any reasonable and meaningful steps to prevent police abuse and excessive force, ensure the proper use of the WRAP device, and protect the well being of the citizens of the City of Seat Pleasant and Prince George's County.

91. Defendant, City of Seat Pleasant's actions and omissions, as outlined in paragraphs 89 and 90 above, constituted gross negligence, reckless disregard for the citizens of the City of Seat Pleasant and Prince George's County, such as Jason Smith, malicious behavior, and a tacit approval of the tactics of using excessive unreasonable and unjustified force.

92. Defendant, City of Seat Pleasant, owed Jason Smith a duty to: take all reasonable and necessary steps to protect the citizens of the City of Seat Pleasant and Prince George's County from the use of unreasonable, excessive and unjustified force by police officers; take

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

immediate and decisive action to address the rampant use of excessive and deadly force by police personnel; refrain from in any way approving or allowing the use of unreasonable, excessive and unjustifiable force by police personnel; take immediate and decisive action to address rampant and purposeful misuse of the WRAP device; refrain from tacitly approving and purposely and maliciously allowing the consistent use of unreasonable, excessive, unjustifiable and deadly force.

93. Defendant, City of Seat Pleasant, breached its duty by failing to: take all reasonable and necessary steps to protect the citizens of the City of Seat Pleasant and Prince George's County from the use of unreasonable, excessive and unjustified force by police officers; take immediate and decisive action to address the rampant use of excessive and deadly force by police personnel; refrain from in any way approving or allowing the use of unreasonable, excessive and unjustifiable force by police personnel; take immediate and decisive action to address rampant and purposeful misuse of the WRAP device; refrain from tacitly approving and purposely and maliciously allowing the consistent use of unreasonable, excessive, unjustifiable and deadly force.

94. As a direct and proximate result of the aforementioned breaches, plaintiff suffered the injuries identified in Counts I - XIV above.

LAW OFFICES
ICRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
ASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

WHEREFORE, plaintiff, James Smith, demands judgment against defendant, Town of Seat Pleasant, in the full and just amount of Five Hundred Thousand Dollars ($500,000.00), plus interest and costs of suit herein.

Respectfully Submitted,

ASHCRAFT & GEREL, LLP

Sidney Schupak SC0467
2000 L Street, N.W., #400
Washington, D.C. 20036
(202) 783-6400
Counsel for Plaintiff

**JURY DEMAND**

Plaintiff, by his counsel, pursuant to Maryland Rule 2-325(a), hereby requests a trial by jury on all counts in this action.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

Sidney Schupak SC0467
2000 L Street, N.W., #400
Washington, D.C. 20036
(202) 783-6400
Counsel for Plaintiff

LAW OFFICES
:RAFT & GEREL, LLP

SUITE 400
:000 L STREET, N.W.
SHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
900 SEMINARY ROAD
-EXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
›NE CENTRAL PLAZA
1300 ROCKVILLE PIKE
OCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
IETRO 400 BUILDING
›1 GARDEN CITY DRIVE
ANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
\ST BALTIMORE STREET
\LTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

## CERTIFICATE OF ATTORNEY WITH OUT-OF-STATE OFFICE

I HEREBY CERTIFY that I am an attorney duly admitted to practice law in Maryland.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

Sidney Schupak SC0467
2000 L Street, N.W., #400
Washington, D.C. 20036
(202) 783-6400
Counsel for Plaintiff

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
\SHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
.900 SEMINARY ROAD
LEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
OCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
)I GARDEN CITY DRIVE
ANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
\ST BALTIMORE STREET
\LTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
**Civil Division**

**JAMES SMITH**

**Plaintiff** :

**v.** : **Civil Action No.** CAL03-07286

**PRINCE GEORGE'S COUNTY, MD** :
**et al.** :

**Defendants** :

PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANTS, RAYMOND KANE, JOHN O'DONNELL, LARRY LAWSON, JEREMY BULL AND RAYMOND GORDON, JR. AND FOR ALTERNATIVE SERVICE

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
1301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

COMES NOW, plaintiff, James Smith, by and through counsel, Ashcraft & Gerel, LLP, and files the following Motion for additional time for serve defendants, Raymond Kane, John O'Donnell, Larry Lawson, Jeremy Bull and Raymond Gordon, Jr. and for alternative service. In support of this Motion, plaintiff states as follows:

1. On April 10, 2003, plaintiff filed suit in this case arising out of the wrongful death of his son decedent, Jason Smith, while being taken into police custody. See Complaint filed April 10, 2003. On May 23, 2003, plaintiff filed an Amended Complaint adding claims arising out of decedent's State and Federal constitutional rights. See Amended Complaint filed May 23, 2003.

2. Pursuant to the Rules of this Court, the summonses in this case are required to be served by June 10, 2003.[1]

3. In an attempt to effectuate service on defendants Officers, Kane, O'Donnell,

---

[1] See Md. R. Civ. P. 2-113.

Lawson, Bull and Gordon[2], plaintiff has retained the services of a special process server, Lorenzo Kenerson. See Affidavit of Due Diligence attached hereto as Exhibit 1.

4. Mr. Kenerson has attempted to serve the above-named Officers numerous times, each time being thwarted and denied access for purposes of service. Specifically, Mr. Kenerson has attempted to serve the above-referenced Officers at their Prince George's County police precinct (7600 Barlowe Road, Landover, MD) on April 24, 2003 at 11:15 a.m. and 4:00 p.m.; April 29, 2003 at 3:30 p.m.; May 7, 2003 at 11:30 a.m. and May 13, 2003 at 3:15 p.m. Id. Mr. Kenerson attempted service at these specific times after having being informed when the Officers' work shifts were ending and, as such, when they would be available for service. Id. When Mr. Kenerson arrived at the station he was provided with numerous excuses at to why the Officers were unavailable including the following:

- Officers not working on the shift,
- Officers not there that day,
- Officers already left,
- Officers were already on the street, and
- desk sergeant forgot to tell Officers that process server was waiting.

Id. It is the opinion of Mr. Kenerson that the defendant Officers, with the help of co-workers at the precinct, are attempting to evade service. Id.

5. Because plaintiff is not aware of the home addresses of the defendant Officers, his only ability to effectuate service is through their place of employment. The purposeful abuse of their authority as Officers of the law, in conjunction with the assistance of their fellow Officers,

LAW OFFICES
[A]SHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
[W]ASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

---

[2] Plaintiff also filed claims against Officers Fu Cheng and John Doe. Officer Cheung has already been served. Officer Doe is an employee of Defendant, Seat Pleasant, whose identity is still currently unknown.

has made service impossible.

6. Pursuant to Md. R. 2-121, alternative service, under appropriate situations, may be effectuated by delivering a copy of the summons to a defendant's place of business:

> (b) Evasion of service. When proof is made by affidavit that a defendant has acted to evade service, the court may order that service be made by mailing a copy of the summons, complaint and all other papers filed with it to the defendant at the defendant's last known residence and delivering a copy of each to a person of suitable age and discretion at the place of business of the defendant.
>
> (c) By order of court. When proof is made by affidavit that good faith efforts to serve the defendant pursuant to section (a) of this Rule have not succeeded and that service pursuant to section (b) of this Rule is inapplicable or impracticable, the court may order any other means of service that it deems appropriate in the circumstances and reasonably calculated to give actual notice.

Md. R. Civ. P. 2-121 (b) and (c).

7. In this case, the affidavit of Mr. Kenerson makes clear that the defendant Officers, with the assistance of their follow Officers, are purposely attempting to evade service. Further, serving the defendants at their residence is "impracticable". Md. R. Civ. P. 2-121(c). As such, plaintiff requests that he be allowed to serve the defendant Officers by leaving a copy of the summons and complaint for each officer at their place of work.

8. Due to the fact that the Officers at issue all work at the police precinct located at 7600 Barlowe Road, Landover, MD, leaving the summons and complaint at that address is reasonably calculated to give actual notice to each of the defendant Officers. Md. R. Civ. P. 2-121(c).

9. In light of the above, plaintiff respectfully requests that he be given an additional

LAW OFFICES
ICRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
ASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

30 days (until July 9, 2003) to serve each of the above-referenced defendant Officers, and that he be allowed to serve each officer by leaving a copy of the summons and complaint at the police precinct located at 7600 Barlowe Road, Landover, MD.

Respectfully Submitted,

ASHCRAFT & GEREL, LLP

Sidney Schupak SC0467
2000 L Street, N.W., #400
Washington, D.C. 20036
(202) 783-6400
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of June, 2003, a copy of Plaintiff's Motion for Additional Time to Serve Defendants, Raymond Kane, John O'Donnell, Larry Lawson, Jeremy Bull and Raymond Gordon, Jr. and for Alternative Service was mailed, by first class mail, postage prepaid, to:

Dan Karp, Esq.
100 East Pratt Street
Suite 1540
Baltimore, MD 21202

William Manico, Esq.
Deputy County Attorney
Prince George's County Office of Law
Room 5121, County Administration Bldg.
Upper Marlboro, MD 20772

Sidney Schupak

LAW OFFICES
HCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
VASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
1301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
Civil Division

**JAMES SMITH**

**Plaintiff**

**v.** **Civil Action No.** CAL03-07286

**PRINCE GEORGE'S COUNTY, MD et al.**

**Defendants**

ORDER

UPON CONSIDERATION of Plaintiff's Motion for Additional Time to Serve Defendants, Raymond Kane, John O'Donnell, Larry Lawson, Jeremy Bull and Raymond Gordon, Jr. and for Alternative Service, and any opposition thereto, it is this ______ day of ______________________,

ORDERED, that plaintiff's Motion be and hereby is GRANTED, and he shall have until July 9, 2003 to serve each of the defendant Officers at Prince George's County police precinct located at 7600 Barlowe Road, Landover, MD. Service shall be effectuated by leaving a copy of the Summons and Amended Complaint with individuals of suitable age at that precinct.

______________________________
Judge

cc: Sidney Schupak, Esq.
2000 L Street, NW, Suite 400
Washington, DC 20036

Dan Karp, Esq.
100 East Pratt Street, Suite 1540
Baltimore, MD 21202

LAW OFFICES
[A]SHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
[W]ASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
[4]301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

William Manico, Esq.
Deputy County Attorney
Prince George's County Office of Law
Room 5121, County Administration Bldg.
Upper Marlboro, MD 20772

LAW OFFICES
ICRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
ASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392
SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630
SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132
SUITE 301
METRO 400 BUILDING
301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364
SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

IN THE CIRCUIT COURT FOR
PRINCE GEORGE'S COUNTY, MARYLAND

James Smith
Plaintiff(s)

Case Number: CAL 03-7286

vs

Prince George's County, MD, et al
Defendant(s)

AFFIDAVIT OF DUE DILIGENCE

The undersigned hereby certifies that he attempted service of Summons and Complaint (plus additional documents including, but not limited to, numerous Interrogatories) upon **RAYMOND KANE, JOHN O'DONNELL, LARRY LAWSON, JEREMY BULL, AND RAYMOND GORDON, JR.** at Prince George's County Police, 7600 Barlowe Road, Landover, MD 20785 on the following dates and times: 4/24/03 at 11:15 am, 4/24/03 at 4:00 pm, 4/29/03 at 3:30 pm, 5/7/03 at 11:30 am, and 5/13/03 at 3:15 pm and on none of these occasions did any of these officers make themselves available for service. Having been told when work shifts were ending and attempting service at these times, I was given the following reasons by various other officers, including desk sergeants, as to why none of these Defendants was available: (1) not on this shift; (2) not in today (numerous times); (3) gone already; (4) on the street already; (5) desk sergeant forgot to tell officer(s) that I was waiting. On information and belief, these officers are evading service with the assistance of other police department personnel.

The undersigned further certifies that his place of business is 2000 Massachusetts Avenue NW 3rd Floor, Washington, DC 20036; that he is over the age of 18 years; and that he is not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: May 30, 2003

LORENZO KENERSON
Washington Pre-Trial Services, Inc.

NOTARY

Sworn and subscribed before me
on May 30, 2003

_______________(seal)
Kirk A. Hornbeck, Notary Public
My Commission Expires 10/31/04

PENGAD-Bayonne, N.J.
PLAINTIFF'S
EXHIBIT
1